USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/13/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AVRUHUM GLUCK,

        Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., and AMERICAN EXPRESS CO.,

        Defendants.

---

No. 19-CV-9030 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On consent of the parties, the case against Defendant American Express Co. is hereby stayed, pending resolution of the arbitration proceedings. No later than January 31, 2020, Plaintiff and Defendant American Express Co. shall jointly submit a letter updating the Court as to the status of the arbitration.

Additionally, no later than January 31, 2020, Plaintiff and Defendant Experian Information Solutions, Inc. shall jointly submit a letter updating the Court as to their efforts to resolve the case.

SO ORDERED.

Dated:    December 13, 2019
              New York, New York

_____
Ronnie Abrams
United States District Judge