UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AVRUHUM GLUCK

                Plaintiff,

v.

EQUIFAX SERVICES, LLC, *et al.*,

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12-7-20

19-CV-9030 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      In a March 19, 2020 letter to the Court, the parties stated that they had commenced arbitration of their claims on March 17, 2020. Dkt. 45. That same date, the Court ordered the parties to file a joint status letter no later than one week after arbitration is complete. Dkt. 47. To date, the parties have not done so. No later than December 14, 2020, the parties shall file a joint status update informing the Court of the status of the arbitration.

SO ORDERED.

Dated:    December 7, 2020
            New York, New York

                                          RONNIE ABRAMS
                                          United States District Judge