UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AVRUHUM GLUCK,

                Plaintiff,

    v.

EQUIFAX INFORMATION SERVICES, LLC, *et al.*,

                Defendants.

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:**

19-CV-9030 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

        On December 7, 2020, this Court ordered the parties to file a joint update on the status of their arbitration no later than December 14, 2020.  Dkt. 49.  To date, the parties have not submitted a status update.  No later than January 8, 2021, the parties shall do so.  **If the parties fail to comply with the Court's order, the Court will dismiss this action for failure to prosecute under Federal Rule of Civil Procedure 41(b)**.

SO ORDERED.

Dated:    December 28, 2020
             New York, New York

                                                        RONNIE ABRAMS
                                                        United States District Judge